# Court of Appeals
# of the State of Georgia

ATLANTA,  August 30, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0146. MIGUEL ORTIZ v. PRATT INDUSTRIES, INC. et al.

Miguel Ortiz filed a claim seeking workers' compensation benefits for injuries suffered in a work-related accident that occurred while Ortiz was employed by Pratt Industries, Inc. Following a hearing, the State Board of Workers' Compensation denied Ortiz's claim. Ortiz appealed that decision to the Superior Court of Rockdale County, which adopted the State Board's decision. Ortiz then filed this direct appeal. We, however, lack jurisdiction.

An appeal from a decision of the superior court reviewing a decision of the State Board of Workers' Compensation must be brought by application for discretionary appeal. See OCGA § 5-6-35 (a) (1); *Adivari v. Sears, Roebuck & Co.*, 221 Ga. App. 279, 279 (471 SE2d 59) (1996) (to obtain review of superior court order dismissing claimant's appeal from a decision of the State Board of Workers' Compensation, claimant was required to file an application for discretionary appeal). And where a discretionary application is required, failure to comply with that requirement deprives this Court of jurisdiction. See *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021).  Accordingly, because Ortiz failed to follow the proper appellate procedure, his appeal is hereby DISMISSED for lack of jurisdiction.

See *Adivari*, 221 Ga. App. at 279.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 08/30/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*